**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| OSCAR GONZALEZ,<br><br>      Plaintiff,<br><br>v.<br><br>ECONOMY FINANCE CO., INC.,<br><br>      Defendant. | Case No. 2:20-cv-00147 |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

OSCAR GONZALEZ ("Plaintiff"), files this Certificate of Interested Persons.

The following entities and/or persons are financially interested in the outcome of this case:

1. Oscar Gonzalez, *Plaintiff*
2. Sulaiman Law Group, Ltd., *Attorneys for Plaintiff*
3. Economy Finance Co., Inc. , *Defendant*

Dated: June 5, 2020

Respectfully Submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
Federal I.D. No. 3098183
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 568-3056 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I, Nathan C. Volheim, certify on June 5, 2020, a copy of the above and forgoing was filed electronically with the Clerk of the Court using the CM/ECF systems. Notice of this filing has been forwarded to all parties via, US Mail, postage prepaid:

      Economy Finance Co., Inc.
      c/o Registered Agent
      Clifford M. Bly
      302 South David, Suite 10
      San Angelo, Texas 76903

      Economy Finance Co., Inc.
      4400 Fredericksburg Road, Suite 102
      San Antonio, Texas 78201

                                    s/ Nathan C. Volheim
                                    Nathan C. Volheim