United States District Court
Southern District of Texas
**ENTERED**
July 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| OSCAR GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-147 |
| | § | |
| ECONOMY FINANCE CO., INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiff's notice of voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1). (D.E. 15). Plaintiff's Notice of Dismissal is effective because Defendant has not yet filed an answer or a motion for summary judgment in this matter. FED. R. CIV. P. 41(a)(1)(A)(i). Pursuant to Plaintiff's notice of dismissal, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SIGNED and ORDERED this 29th day of July 2020.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE